**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6108**

In Re:  MICHAEL ALLEN KOKOSKI,

Petitioner.

On Petition for Writ of Mandamus.
(5:06-cv-00763)

Submitted:  February 23, 2007          Decided:  March 27, 2007

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Michael Allen Kokoski, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Allen Kokoski petitions for writ of mandamus, seeking an order directing the district court to relinquish jurisdiction over his motion for immediate release and having this court review the merits of the motion. We deny the petition.

The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980) (citations omitted); In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987) (citing Kerr v. United States Dist. Court, 426 U.S. 394 (1976)).

Because Kokoski has other adequate means to attain the relief he requires, such as an appeal if the district court disposes of his motion unfavorably to him, we find he is not entitled to mandamus relief.[*]

Accordingly, we deny the petition for writ of mandamus as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]Kokoski has filed in this court several unsuccessful and wasteful motions for petitions for writs of mandamus. If Kokoski continues to abuse the judicial system by filing such frivolous motions, he may be sanctioned and/or enjoined from filing mandamus petitions without leave of court.